NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JONATHAN SIMONELL, DOC #528933,          )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D17-4535
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
                                         )
_____  )

Opinion filed October 17, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Jonathan Simonell, pro se.


PER CURIAM.


          Affirmed.


NORTHCUTT, MORRIS, and LUCAS, JJ., Concur.